**FILED**

AUG 2 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kevin M. Ballance, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **11 1536** |
| | ) | |
| Henry H. Kennedy, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a Virginia prisoner incarcerated in Burkeville, Virginia. He sues United States District Judge Henry H. Kennedy, Jr., of this Court for dismissing his civil action. *See Ballance v. Peeples*, Civ. Action No. 10-864 (D.D.C. Aug. 5, 2010) (Mem. Op. and Order). Plaintiff seeks injunctive relief. Compl. at 4. Judges are absolutely immune from lawsuits predicated, as here, on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: August 16, 2011